UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20135-RUIZ/LOUIS

18 U.S.C. §§ 111(a)(1) and (b)

UNITED STATES OF AMERICA

v.

VANGELIS RICARDO DOS ANJOS GOMES,

Defendant.
_____/

FILED BY ___BM___ D.C.
Mar 27, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Forcibly Assaulting a Federal Officer
### (18 U.S.C. § 111(a)(1) and (b))

On or about January 24, 2025, in Miami-Dade County, in the Southern District of Florida, the defendant,

**VANGELIS RICARDO DOS ANJOS GOMES,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "A.M.," an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, United States Immigration and Customs Enforcement, while "A.M." was engaged in and on account of the performance of their official duties, and in the commission of the offense, did make physical contact with "A.M.," in violation of Title 18, United States Code, Section 111(a)(1).

Pursuant to Title 18, United States Code, Section 111(b), it is further alleged that this violation did inflict bodily injury upon "A.M."

## COUNT 2
## Forcibly Assaulting a Federal Officer
## (18 U.S.C. § 111(a)(1) and (b))

On or about January 24, 2025, in Miami-Dade County, in the Southern District of Florida, the defendant,

**VANGELIS RICARDO DOS ANJOS GOMES,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "L.B.," an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, United States Immigration and Customs Enforcement, while "L.B." was engaged in and on account of the performance of their official duties, and in the commission of the offense, did make physical contact with "L.B.," in violation of Title 18, United States Code, Section 111(a)(1).

Pursuant to Title 18, United States Code, Section 111(b), it is further alleged that this violation did inflict bodily injury upon "L.B."

A TRUE BILL.

_____
FOREPERSON

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
ELIZABETH HANNAH
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-20135-RUIZ/LOUIS

v.

VANGELIS RICARDO
DOS ANJOS GOMES,
_____/
              Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [x] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Portuguese
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Elizabeth Hannah
Assistant United States Attorney
SDFL Court ID No. A5503171

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** VANGELIS RICARDO DOS ANJOS GOMES

**Case No:** _____

Counts #: 1-2

Forcibly Assaulting a Federal Officer

Title 18, United States Code, Sections 111(a)(1) and (b)
* **Max. Term of Imprisonment:** 20 years
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

\*Refers only to possible term of incarceration, supervised release, and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.