UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20135-RAR

JURY NOTES/QUESTIONS

UNITED STATES OF AMERICA,

vs.

VANGELIS RICARDO DOS ANJOS GOMES,

Defendant.
_____/

What happens in the case that we do not have a unanimous vote for one of the counts?

---

LADIES AND GENTLEMEN of THE JURY:

YOUR VERDICT MUST BE UNANIMOUS AS TO EACH SEPARATE COUNT OF THE INDICTMENT. REMEMBER TO CONSIDER EACH COUNT AND THE EVIDENCE RELATED TO IT SEPARATELY. IF YOU FIND THE DEFENDANT GUILTY OR NOT GUILTY ON ONE COUNT, THAT MUST NOT AFFECT YOUR VERDICT FOR THE OTHER COUNT. THANK YOU.

JUDGE RUIZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20135-RAR

JURY NOTES/QUESTIONS

UNITED STATES OF AMERICA,

vs.

VANGELIS RICARDO DOS ANJOS GOMES,

    Defendant.
_____/



① We have a verdict on count #2 that is unanimous

② We have a split jury on count #1 that will not change