UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20135-RUIZ

UNITED STATES OF AMERICA

v.

VANGELIS RICARDO DOS ANJOS GOMES,

Defendant.
_____/

## VERDICT

1. We, the Jury, unanimously find the Defendant, **VANGELIS RICARDO DOS ANJOS GOMES**, as to **Count 1** of the Indictment:

    GUILTY _____          NOT GUILTY __✓__

2. We, the Jury, unanimously find the Defendant, **VANGELIS RICARDO DOS ANJOS GOMES**, as to **Count 2** of the Indictment:

    GUILTY _____          NOT GUILTY __✓__

SO SAY WE ALL.

Signed and dated at the United States Courthouse, Miami, Florida, October 22, 2025.

_____             _____
Foreperson's Signature                                       Foreperson's Printed Name