### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-CR-20135-RAR

**UNITED STATES OF AMERICA**

vs.

**VANGELIS RICARDO DOS ANJOS GOMES,**

      Defendant.

_____/

### JUDGMENT OF ACQUITTAL

Defendant Vangelis Ricardo Dos Anjos Gomes, having been tried by a jury of his peers at the Wilkie D. Ferguson Jr. United States Courthouse, Miami, Florida, was found not guilty on October 22, 2025, on Counts 1 and 2 of the Indictment.   For that reason, it is hereby

**ORDERED AND ADJUDGED** that Defendant Vangelis Ricardo Dos Anjos Gomes, having been found not guilty by a jury of his peers, is adjudged **NOT GUILTY** of Counts 1 and 2 of the Indictment and is hereby **ACQUITTED**, **DISCHARGED, and any bond EXONERATED**.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of October 2025.

_____

**RODOLFO A RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       U.S. Marshals
       U.S. Probation